STATE OF FLORIDA ex rel. CECIL H. CONNOR v. JIMMY SULLI-
VAN, as Sheriff of Dade County, Florida.

36 So. (2nd) 828                       June Term, 1948
September 23, 1948                 Special Division A

*Hubbard & Carr,* for appellant.

*J. Tom Watson,* Attorney General, *Sumter Leitner,* As-
sistant Attorney General, and *Rebecca Bowles Marks,* for
appellee.

CHAPMAN, J.:

The appellant Cecil H. Connor, was indicted by a grand
jury of Dade County, Florida, for the crime of murder in the
first degree. In a habeas corpus proceeding he applied to the
Circuit Court of Dade County for an order releasing him from
custody on bail, but he was remanded to custody without bail
and from this order an appeal has been perfected here.

Counsel for appellant contended that the evidence relied
upon by the State fails to establish all the elements that are
essential in law to constitute the crime of murder in the
first degree. Likewise, the evidence relied upon by the State,
when considered as a whole, shows only a probable guilt of
murder in the first degree and therefore it cannot be said that
the proof is evident or the presumption great that the peti-
tioner is guilty of a capital offense.

Oral argument has been heard at the bar of this court and
a careful study or analysis has been made of all the evidence
and it is our conclusion that the petitioner is entitled to an
order discharging him from custody upon giving bond in such
an amount as shall be reasonable and just as shall be de-
termined in the court below. See Section 9 of the Declaration
of Rights of the Constitution of Florida; Ex parte Nathan

(Fla.) 50 So. 38; Ex parte Tully, 70 Fla. 1, 66 So. 296; Russell v. State, 71 Fla. 236, 71 So. 27.

Reversed.

THOMAS, C. J., TERRELL and HOBSON, JJ., concur.